

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2013

No. 04-13-00209-CV

**IN RE** Armando **BENAVIDES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                 Patricia O. Alvarez, Justice
                 Luz Elena D. Chapa, Justice

On March 28, 2013, Relator Armando Benavides filed a petition for writ of mandamus and an emergency motion for temporary injunction. The court has considered the petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the emergency motion for temporary injunction are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on April 8, 2013.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of April, 2013.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 06-03-44411, styled *Armando Benavides v. Anselmo Benavides, et al.*, in the 79th Judicial District Court, Jim Wells County, Texas, the Honorable Richard C. Terrell presiding.